No. 84–1423. FEYERS ET UX. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–1435. ADKINSON *v.* ADKINSON. Cir. Ct. W. Va., Jefferson County. Certiorari denied.

No. 84–1475. HOLOCARD *v.* AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–1563. BLINDER, ROBINSON & CO., INC., ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. 10th Cir. Certiorari denied.

No. 84–1569. AGUILAR ET UX. *v.* COUNTY OF LOS ANGELES ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–1572. MARX *v.* CENTRAN CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 84–1573. DESAI *v.* TOMPKINS COUNTY TRUST CO. C. A. 2d Cir. Certiorari denied.

No. 84–1578. MOREL DE LETELIER ET AL. *v.* REPUBLIC OF CHILE ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–1581. SEALY, INC., ET AL. *v.* OHIO-SEALY MATTRESS MANUFACTURING CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 84–1582. MARTIN ET AL. *v.* KILGORE FIRST BANCORP, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 84–1592. SMELSER *v.* KELLEY, JUDGE, DISTRICT COURT OF OKLAHOMA COUNTY, OKLAHOMA. Sup. Ct. Okla. Certiorari denied.

No. 84–1598. HOLLAND *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 84–1607. NORTH EAST INDEPENDENT SCHOOL DISTRICT ET AL. *v.* FINDEISEN. C. A. 5th Cir. Certiorari denied.

No. 84–1627. DAVIDSON *v.* CALEDONIAN HOSPITAL. C. A. 2d Cir. Certiorari denied.